# SUPREME COURT OF THE STATE OF NEW YORK
## *Appellate Division, Fourth Judicial Department*

**1099**
**CA 11-00181**
PRESENT: SMITH, J.P., CARNI, LINDLEY, SCONIERS, AND MARTOCHE, JJ.

---

IN THE MATTER OF THE APPLICATION OF CITY OF
ROCHESTER FOR AN "INSPECTION WARRANT" TO INSPECT
187 CLIFTON STREET, CITY OF ROCHESTER, COUNTY OF
MONROE, STATE OF NEW YORK.
------------------------------------------------- MEMORANDUM AND ORDER
FLORINE NELSON AND WALTER NELSON, APPELLANTS,

                          V

CITY OF ROCHESTER, RESPONDENT.
(APPEAL NO. 1.)

---

DAVIDSON FINK LLP, ROCHESTER (MICHAEL A. BURGER OF COUNSEL), FOR
APPELLANTS.

JEFFREY EICHNER, ACTING CORPORATION COUNSEL, ROCHESTER (IGOR SHUKOFF
OF COUNSEL), FOR RESPONDENT.

DIBBLE & MILLER, P.C., ROCHESTER (CRAIG D. CHARTIER OF COUNSEL), FOR
NEW YORK STATE COALITION OF PROPERTY OWNERS & BUSINESSES, INC., AMICUS
CURIAE.

-------------------------------------------------------------------------------------------------

   Appeal from an order of the Supreme Court, Monroe County (Thomas
A. Stander, J.), entered February 8, 2010.  The order denied the
challenge to Local Law No. 3 of the City of Rochester and ordered a
hearing on the application for a judicial warrant for inspection.

   It is hereby ORDERED that the order so appealed from is
unanimously affirmed without costs.

   Same Memorandum as in *Matter of City of Rochester* (*Cermak*)
([appeal No. 1] ___ AD3d ___ [Dec. 23, 2011]).


Entered:  December 23, 2011       Frances E. Cafarell
                     Clerk of the Court